UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
NORTHERN DIVISION

| | |
|---|---|
| VAN BUREN LODGING, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WINGATE INNS INTERNATIONAL, )<br>INC., )<br>)<br>Defendant/Counter-Claimant, )<br>)<br>v. )<br>)<br>VAN BUREN LODGING, LLC, ET AL., )<br>)<br>Counterclaim Defendants. ) | Civil Action No. CV 10-1016 (CBK)<br><br>JOINT STIPULATION FOR DISMISSAL<br>OF ALL CLAIMS WITH PREJUDICE<br>AND NOTICE OF SETTLEMENT |

Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, Wingate Inns International, Inc. ("WII"), Van Buren Lodging, LLC ("VBL"), Judy Bledsoe, Christopher Forslund, Kevin Krank, Steven Warren, and Jacob Wright, having entered into a settlement agreement dated September 15, 2011, hereby respectfully request that this action be dismissed with prejudice, with each of the parties to bear their own attorneys' fees and costs.

A proposed Order of Dismissal is submitted simultaneously herewith.

Submitted and approved by:

| ARMSTRONG TEASDALE LLP | DADY & GARDNER, P.A. |
|---|---|
| BY: *[signature]* 10-6-11 | BY: *[signature]* 10-6-11 |
| Teresa L. Cauwels        SD #3466 | J. Michael Dady        SD #337 |
| Edward R. Spalty         MO #26086 | Kristy Zastrow         MN #0387135 |
| (admitted *Pro Hac Vice*) | jmdady@dadygardner.com |
| Darren K. Sharp          MO #50841 | kzastrow@dadygardner.com |
| (admitted *Pro Hac Vice*) | 5100 IDS Center |
| tcauwels@armstrongteasdale.com | 80 South Eighth Street |
| espalty@armstrongteasdale.com | Minneapolis, MN 55402 |
| dsharp@armstrongteasdale.com | (612) 357-3500 |
| 2345 Grand Boulevard, Suite 2000 | (612) 357-3507 (facsimile) |
| Kansas City, Missouri 64108-2617 | |
| (816) 221-3420 | ATTORNEYS FOR PLAINTIFF/COUNTER-DEFENDANTS |
| (816) 221-0786 (facsimile) | |

ATTORNEYS FOR DEFENDANT/COUNTER-CLAIMANT WINGATE INNS INTERNATIONAL, INC.