

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
NORTHERN DIVISION

| | |
|---|---|
| VAN BUREN LODGING, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WINGATE INNS INTERNATIONAL, )<br>INC., )<br>)<br>Defendant/Counter-Claimant, )<br>)<br>v. )<br>)<br>VAN BUREN LODGING, LLC, ET AL., )<br>)<br>Counterclaim Defendants. ) | Civil Action No. CV 10-1016 (CBK)<br><br>ORDER OF DISMISSAL OF ALL<br>CLAIMS WITH PREJUDICE |

Having considered the Joint Stipulation for Dismissal of All Claims with Prejudice and Notice of Settlement by the parties, Wingate Inns International ("WII"), Van Buren Lodging, LLC ("VBL"), Judy Bledsoe, Christopher Forslund, Kevin Krank, Steven Warren, and Jacob Wright,

IT IS HEREBY ORDERED that the above case is dismissed, with prejudice and on the merits as to all of the claims by and between the parties.

Each party shall bear their own costs, expenses and attorneys' fees.

Dated this 7th day of October, 2011.

BY THE COURT:

_____
CHARLES B. KORNMANN
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK
BY: _____
                          Deputy
(SEAL)